UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 15 CV 10137 |
| v. ) | |
| ) | VIOLATION: |
| RUBEN ALFREDO SANTOS, ) | 8 U.S.C. §1326 |
| Defendant. ) | (Unlawful Re-entry of Deported Alien) |

## INDICTMENT

COUNT ONE:    (8 U.S.C. § 1326--Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about May 14, 2015, at or near Ashland, in the District of Massachusetts,

RUBEN ALFREDO SANTOS,

defendant herein, being an alien and having been excluded, deported and removed from the United States on or about August 29, 2008, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a)(1) & (b)(2) and Title 6, United States Code, Section 202(3) and (4), and Section 557.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; June 4, 2015

Returned into the District Court by the Grand Jurors and filed.


Steve York
_____
DEPUTY CLERK

6-4-15
1:15 pm